UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION


FILED IN OPEN COURT
SEP 23 2014
AT_____M
CHRISTOPHER M. DeTORO, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:

ALBERT LEE LEWIS                           CASE NO. 14-11819
Debtor                                     CHAPTER 13

## AGREED IMMATERIAL MODIFICATION OF CHAPTER 13 PLAN

COMES NOW, Trustee, Debra L. Miller, by Counsel, Jon R. Rogers, and Debtors, by Counsel, and agree to modify the Chapter 13 Plan filed July 18, 2014 as follows:

1. To meet the best interests of creditors test, unsecured creditors shall receive a minimum distribution of 54% of Debtor's combined 2014 income tax refund, less earned income credit.
2. Funding will be reviewed after the claims bar date and the mortgage proof of claim is filed, and adjusted at that time to properly fund.
3. All other terms of the Plan remain the same.

Dated: September 23, 2014

/s/Jon R. Rogers, Staff Attorney
Jon R. Rogers, (27701-49)
Staff Attorney for Debra. L. Miller
P.O. Box 11550
South Bend, IN  46634
(574) 251-1493

/s/Christopher Schimke
Christopher Schimke
Attorney for Debtor
132 East Berry Street
Fort Wayne, IN 46802
(260) 424-0954