UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 14-11819 |
| | ) | CHAPTER | 13 |
| ALBERT LEE LEWIS | ) | REG/tk | |
| | ) | | |
| Debtor(s) | | | |

## ORDER CONFIRMING PLAN AS MODIFIED

Dated on September 23, 2014.

A hearing with regard to confirmation of the proposed chapter 13 plan was held at Fort Wayne, Indiana, on September 23, 2014, with Christopher Schimke, counsel for debtor, Debra Miller, trustee, and Jon Rogers, counsel for trustee, present.

Debtor's chapter 13 plan, filed on July 18, 2014, as modified on September 23, 2014, is confirmed.

SO ORDERED.

    /s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court