UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

ALBERT LEE LEWIS                    CASE NUMBER: 14-11819
                                    CHAPTER 13
Debtor

ORDER MODIFYING CONFIRMED PLAN

At Fort Wayne, Indiana on February 19, 2015.

On January 13, 2015, Debra L. Miller, Chapter 13 Trustee, filed her Motion to Modify Confirmed Plan to allow funds originally set forth in the Plan for the creditor Fort Financial, to be paid pro rata to the timely filed general unsecured creditors.

Notice thereof having been given and no request for hearing filed, the Trustee's Motion to Modify Confirmed Plan is hereby granted.

**SO ORDERED.**

                                    */s/ Robert E. Grant*
                                    Robert E. Grant, Chief Judge
                                    United States Bankruptcy Court