UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

ALBERT LEE LEWIS                                         CASE NO. 14-11819
Debtor                                                              CHAPTER 13

AGREED ORDER RESOLVING TRUSTEE'S MOTION FOR MODIFICATION OF PLAN AFTER CONFIRMATION PURSUANT TO 11 U.S.C. § 1329(a), DOCKET #30

COMES NOW, Trustee, Debra L. Miller, by counsel, Jon R. Rogers, and Debtor, by Counsel, and state as follows:

1. On July 15, 2015, the Trustee filed a Motion for Modification of Plan After Confirmation Pursuant to 11 U.S.C. § 1329(a) stating the Debtor's Plan was underfunded and required an increase to $1,341.00 per month for the remainder of the Plan term to properly fund.

2. On July 23, 2015, Debtor filed an Objection stating he agreed the Plan was underfunded, but could not afford the increased payment and instead proposed extending the Plan term past 40 months.

3. A hearing on the Trustee's Motion for Modification of Plan After Confirmation Pursuant to 11 U.S.C. § 1329(a) is scheduled for September 15, 2015 and parties advise the matter is resolved.

4. Trustee and Debtor have now reached the following agreement:

    a. Debtor is in month 13 of his 40 month Plan term and has made monthly payments by money order.

    b. As of September 11, 2015, the Debtor has paid $16,250.00 into the Bankruptcy

      Estate and is current with Plan payments.

   c. In order to properly fund the Confirmed Plan, the Debtor's Plan term shall extend an additional 5 months for a total Plan term of 45 months.

   d. Plan payments shall remain $1,250.00 per month.

5. All other terms of the Plan remain the same.

Dated: September 11, 2015

| | |
|---|---|
| /s/Jon R. Rogers, Staff Attorney | /s/ Steven J. Glaser |
| Jon R. Rogers, #27701-49 | Steven J. Glaser |
| Staff Attorney for Debra. L. Miller, Trustee | Attorney for Debtor |
| P.O. Box 11550 | 132 East Berry Street |
| South Bend, IN 46634 | Fort Wayne, IN 46802 |
| (574) 251-1493 | (260) 424-0954 |

SO ORDERED, this  September 16, 2015

                                                    */s/ Robert E. Grant*
                                                    Chief Judge Robert E. Grant
                                                    United States Bankruptcy Court