UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

ALBERT LEE LEWIS  CASE NO. 14-11819
Debtor(s)  CHAPTER 13

## NOTICE OF PLAN COMPLETION

COMES NOW, the Trustee, Debra L. Miller, and states as follows:

1. This case was filed on 7/18/14.

2. Debtor(s) completed the terms of the confirmed plan.

3. Trustee has verified that the ongoing mortgage payment to WELLS FARGO BANK NA is paid current thru July 2018 and there are no outstanding fees, costs or negative escrow amounts due.

4. If the Debtor is eligible for a Discharge, the Debtor now has a duty to file a Motion for Discharge certifying compliance with 11 USC 1328(a) and (b) within 30 days.

5. If the Debtor is eligible for a discharge and fails to file a timely Motion, the case may be closed by the Bankruptcy Court without a benefit of the Discharge.

Dated:
July 2, 2018

Respectfully Submitted:
/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, Indiana 46634
(574) 254.1313

### CERTIFICATE OF SERVICE

I hereby certify that the above Notice was served as follows:   July 2, 2018

By U.S. Mail to the Debtor:
Debtor: ALBERT LEE LEWIS, 821 LAKERIDGE PLACE, FORT WAYNE, IN, 46819

By CM/ECF
Debtor's Attorney: GLASER & EBBS, 132 EAST BERRY STREET, FORT WAYNE, IN, 46802
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

/s/ Harriette King